# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY JOHNIGAN, | ) NO. CV 13-1465-AB (AS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| KIMBERLY HUGHES, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 3, 2015

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE